UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Willie Claudius Watt, | Civil No. 06-501 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Minneapolis, Minnesota, City of St. Paul, Minnesota, Hennepin County, | |
| Defendants. | |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 20, 2006, and after conducting a de novo review of the Objections filed with respect thereto,

**IT IS HEREBY ORDERED**:

1. The Objections (Doc. No. 10) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 8) is **ADOPTED**;

3. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**;

and

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: April 14, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge